O

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO ZUNIGA RAMIREZ, | CASE NO. ED CV 08-01923 JFW (RZ) |
| Petitioner, | |
| vs. | JUDGMENT |
| JAMES TILTON, Sec. of Corrections, | |
| Respondent. | |

This matter came before the Court on the Petition of FERNANDO ZUNIGA RAMIREZ, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: June 14, 2010

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE